# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MICHAEL ARENA,<br><br>             Plaintiff,<br><br>   v.<br><br>CERVANTES, *et al.*,<br><br>             Defendants. | Case No.  1:21-cv-00928-NONE-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO RETURN OVERPAYMENT OF FILING FEES<br><br>(ECF No. 11) |

      Plaintiff Peter Michael Arena ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      On September 13, 2021, Plaintiff filed a motion to return overpayment of filing fees. (ECF No. 11.)  The motion is deemed submitted.  Local Rule 230(l).

      In his motion, Plaintiff states that his aunt, Angela Cotten, paid the remaining filing fee in this action by check.[1]  (ECF No. 11.)  However, CDCR continues to deduct money from his trust account towards this filing fee, even though it has been paid in full.  Plaintiff requests that the Court issue an order notifying the prison trust office to stop deducting money from his account towards the filing fee, and to return any overpaid funds.  (*Id.*)

---

[1] The motion also states that Ms. Cotten paid the remaining filing fee in *Arena v. Navarro*, Case No. 1:20-cv-00617-BAM.  The Court will address the motion by separate order in the other action.

The Court has reviewed the motion and investigated Plaintiff's filing fee balance for this action and confirmed that Plaintiff's filing fee has been paid in full. There is an overpayment which will be refunded next month, and the Court has informed CDCR that Plaintiff has paid his filing fee for this action in full.

Accordingly, Plaintiff's motion for return of overpayment of filing fee, (ECF No. 11), is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **September 15, 2021**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE